Jan Schau, Esq.
ADR SERVICES, INC.
1900 Avenue of the Stars, Suite 200
Los Angeles, CA 90067

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chagas <br><br> Plaintiff(s) <br> v. <br><br> United <br><br> Defendant(s). | CASE NUMBER <br> 2:19-cv-03860-JAK-JC <br><br> MEDIATION REPORT |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. [X] A mediation was held on (date): __Dec. 4, 2019__.

   [ ] A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   [X] Appeared as required by L.R. 16-15.5(b).

   [ ] Did not appear as required by L.R. 16-15.5(b).

   - [ ] Plaintiff or plaintiff's representative failed to appear.
   - [ ] Defendant or defendant's representative failed to appear.
   - [ ] Other:

3. Did the case settle?

   [ ] Yes, fully, on _____ (date).
   [ ] Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   [ ] Yes, partially, and further facilitated discussions are **not** expected.
   [ ] No, and further facilitated discussions are expected. *(See No. 4 below.)*
   [X] No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: __Dec 4, 2019__

Signature of Mediator

__Jan Frankel Schau__
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*