Michele Haydel Gehrke (215647)
mgehrke@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Fatemeh S. Mashouf (288667)
fmashouf@reedsmith.com
REED SMITH LLP
355 South Grand Ave
Suite 2800
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

*Attorneys for Defendant*
United Airlines, Inc.

Martin Isaac Aarons
maarons@aaronslawfirm.com
Shannon Helene-Pagel Ward
shannon@aaronslawfirm.com
AARONS LAW FIRM APC
16000 Ventura Blvd., Suite 850
Encino, CA  91436
Telephone:  818.794.9250
Facsimile:  818.302.2072

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAGAS, | Case. No.: 2:19-cv-03860 |
| Plaintiff, | **JOINT STATUS REPORT RE MEDIATION** |
| vs. | |
| UNITED AIRLINES, INC., and DOES 1 through 10, inclusive, | [ASSIGNED TO HONORABLE JOHN A. KRONSTADT] |
| Defendant. | Complaint Filed: March 28, 2019 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**JOINT STATUS REPORT RE MEDIATION**

Pursuant to this Court's Order/Referral to ADR [Dkt. No. 15] ("Order") issued on July 16, 2019, Plaintiff Allyson Chagas ("Chagas") and Defendant United Airlines, Inc. ("United") (collectively, the "Parties") by and through their attorneys of record, submit this Joint Status Report regarding the status of settlement.

The Parties attended mediation using the Court's ADR panel with a highly experienced private mediator, Jan Frankel Schau, Esq., on December 4, 2019.  In anticipation of the mediation, discovery had commenced, including Plaintiff's deposition.  Plaintiff, Mr. Chagas, lead Plaintiff's counsel, Martin Aarons and both defense counsel, Fatemeh Mashouf and Michele Gehrke, attended the mediation in good faith.  With both Plaintiff and the mediator's permission given the circumstances, the appropriate United representative who works and resides in Chicago attended the mediation telephonically.  Counsel also participated in a joint session during the mediation.

The Parties and mediator believe that a second session would not be productive.

Dated:  January  17  , 2020             AARONS LAW FIRM APC


                                         Martin Aarons
                                         Attorneys for Plaintiff
                                         ALLYSON CHAGAS


Dated:  January  17  , 2020             REED SMITH LLP


                                         Michele Haydel Gehrke
                                         Fatemeh S. Mashouf
                                         Attorneys for Defendant
                                         UNITED AIRLINES, INC.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**JOINT STATUS REPORT RE MEDIATION**