Michele Haydel Gehrke (215647)
mgehrke@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Fatemeh S. Mashouf (288667)
fmashouf@reedsmith.com
REED SMITH LLP
355 South Grand Ave
Suite 2800
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

*Attorneys for Defendant*
United Airlines, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAGAS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., and DOES 1 through 10, inclusive,<br><br>Defendant. | Case. No.: 2:19-cv-03860<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION FOR APPLICATION FOR ORDER TO SHOW CAUSE RE CONTEMPT AND SANCTIONS AGAINST EDWARD GARREN AND MOTION TO COMPEL COMPLIANCE WITH FRCP 45(g)**<br><br>[ASSIGNED TO HONORABLE JACQUELINE CHOOLJIAN FOR DISCOVERY PURPOSES]<br><br>Hearing: March 24, 2020 at 9:30 a.m.<br>Complaint Filed: March 28, 2019<br>Discovery Cut Off: March 2, 2020<br>Pretrial Conference and Trial Date: TBD |

- 1 -
**NOTICE OF MOTION AND MOTION FOR OSC RE CONTEMPT AND SANCTIONS AGAINST EDWARD GARREN AND MOTION TO COMPEL COMPLIANCE WITH FRCP 45(g)**

**PLEASE TAKE NOTICE** THAT ON March 24, 2020 at 9:30 a.m. in Courtroom 750, on the 7th Floor of the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, before the Honorable Judge Jacqueline Chooljian, Defendant United Airlines, Inc. ("United") will move the Court for:

1. A date for an Order to Show Cause re Contempt of Garren;
2. An Order compelling the production of all documents responsive to the Subpoena within five business days of an Order and appearance for a deposition within ten business days thereafter; and
3. An Order granting attorney's fees and costs against Garren in connection with this Motion and Defendant's efforts to obtain Garren's compliance with the subpoenas.

This Motion is based on or related to this Notice of Motion and Motion, the corresponding Joint Stipulation, the Declaration of Fatemeh Mashouf and exhibits incorporated therein, and such additional argument as may be presented to the Court.

Dated: February 24, 2020        REED SMITH LLP

/s/ *Fatemeh Mashouf*
Michele Haydel Gehrke
Fatemeh S. Mashouf
Attorneys for Defendant
UNITED AIRLINES, INC.