Michele Haydel Gehrke (215647)
mgehrke@reedsmith.com
REED SMITH LLP
101 Second Street Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Fatemeh S. Mashouf (288667)
fmashouf@reedsmith.com
REED SMITH LLP
355 South Grand Ave Suite 2800
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

*Attorneys for Defendant*
United Airlines, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAGAS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED AIRLINES, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case. No.: 2:19-cv-03860<br><br>**DISCOVERY MATTER**<br><br>**DECLARATION OF FATEMEH MASHOUF IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER** _____<br><br>[Filed Concurrently with Notice of and *Ex Parte* Application; MPA; [Proposed] Order]<br><br>[ASSIGNED TO HONORABLE JOHN A. KRONSTADT]<br><br>Hearing: No hearing required<br>Complaint Filed: March 28, 2019<br>Discovery Cut Off: March 2, 2020<br>Pretrial Conference and Trial Date: TBD |

- 1 -
**DECLARATION OF FATEMEH MASHOUF IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**

# DECLARATION OF FATEMEH S. MASHOUF

I, Fatemeh S. Mashouf, declares as follows:

1. I am an associate attorney with the law firm of Reed Smith LLP, attorneys for Defendant United Airlines, Inc. ("Defendant" or "United"), and am admitted to practice law before all courts in the state of California, including the above captioned Court. I have personal knowledge of the matters stated herein and if called as a witness and sworn, I could competently testify thereto.

2. On February 27, 2020, I deposed a third-party witness identified by Plaintiff as a friend who has information pertaining to Plaintiff's claims. No part of the deposition was placed under the Protective Order. The witness testified that Plaintiff's claim for emotional distress, described as anxiety, depression, and Post Traumatic Stress Disorder which were allegedly caused by United and have life-long consequences, are severely undermined by (1) medications Plaintiff may have been taking at the time causing "paranoia" and perhaps nightmares; (2) Plaintiff's withdrawal from alcohol and crystal meth may have been the cause of his emotional distress, including nightmares; and (3) Plaintiff's substance abuse may overlap directly with the circumstances that led to his termination.

3. Indeed, Plaintiff redacted his ***very limited*** medical records (which were only produced due to United serving Plaintiff's primary care doctor) where the context implies they are referring to these issues that are highly relevant because they overlap with the time in question leading to his termination and the aftermath since his termination.

4. To date, United has only received highly redacted and extremely limited information from Plaintiff's medical records.

5. Similarly, to date, I have not received any documents in response to Defendant's subpoena for records served on Mr. Garren.

6. On February 27, 2020, I informed Plaintiff's counsel in person that Defendant will be seeking *ex parte* relief as necessary to enable the Magistrate Judge to provide full relief under the Discovery Motion.

7. Plaintiff's counsel responded that he does not believe such an application is necessary as he believes the Magistrate Judge may order discovery regardless of the cut-off. However, given the Magistrate Judge's Minute Order, Docket No. 28, indicating that she does not believe she can alter the District Judge's deadlines, I explained that this application is required to ensure that the Magistrate Judge is empowered to issue relief as she deems appropriate.

8. Plaintiff's counsel responded that notwithstanding having not seen the *ex parte* application yet, Plaintiff would not oppose the *ex parte* relief except to the extent it seeks relief beyond what is sought in the underlying Discovery Motion and that he maintains his position as expressed in the Discovery Motion regarding United's right to the specific discovery sought.

9. The Discovery Motion seeks "an order extending the current discovery cut-off of March 2, 2020 to May 4, 2020 for Defendant only to allow Defendant to conclude discovery arising out of information gathered by way of [the Discovery] Motion," and United is seeking the same relief by way of this *Ex Parte* Application. Thus, I understand that this *Ex Parte* Application is not opposed.

10. The following morning, on February 28, 2020, I telephoned Plaintiff's counsel to discuss the continuance of the expert deadlines and the motion filing deadline. After leaving a message and not getting a response, I addressed the issue in person with him later in the day at a scheduled deposition.

11. As part of the in-person discussion at the deposition, I emailed Plaintiff's counsel a copy of the proposed changes to the scheduling order. Plaintiff's counsel responded that he would need to get approval from his client and will respond on Monday whether he intends to oppose the *Ex Parte* Application. A true and correct copy of the email chain is attached as **Exhibit A**.

- 3 -
**DECLARATION OF FATEMEH MASHOUF IN SUPPORT OF *EX PARTE*
APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**

12. I declare under penalty of perjury under the state laws of California and Federal law that the foregoing is true and correct.  Executed in Los Angeles, California on February 28, 2020.

/s/ *Fatemeh S. Mashouf*  
Fatemeh S. Mashouf

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 4 -
**DECLARATION OF FATEMEH MASHOUF IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071.

On February 28, 2020, I served the following document(s) by the method indicated below:

**DECLARATION OF FATEMEH MASHOUF IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**

| | |
|---|---|
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. (See attached Service List) I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☑ | by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. |

Martin Isaac Aarons
Shannon Helene-Pagel Ward
AARONS LAW FIRM APC
16000 Ventura Blvd., Suite 850
Encino, CA  91436
Telephone:  818.794.9250
Facsimile:  818.302.2072
maarons@aaronslawfirm.com
shannon@aaronslawfirm.com

*Attorneys for Plaintiff*
*Allyson Chagas*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 13, 2020 February 28, 2020, at Los Angeles, California.

Charlyn Jones

- 5 -

# EXHIBIT A

EXHIBIT A

**Jones, Lyn**

| | |
|---|---|
| **From:** | Gehrke, Michele Haydel |
| **Sent:** | Friday, February 28, 2020 12:48 PM |
| **To:** | Shou, Ronnie |
| **Subject:** | FW: Chagas - United's proposed ex parte |

**Michele Haydel Gehrke**
+1 415-659-4798
mgehrke@reedsmith.com

**ReedSmith** LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
+1 415 543 8700
Fax +1 415 391 8269

**From:** Martin Aarons <maarons@aaronslawfirm.com>
**Sent:** Friday, February 28, 2020 12:11 PM
**To:** Mashouf, Fatemeh S. <FMashouf@reedsmith.com>
**Cc:** Gehrke, Michele Haydel <MGehrke@reedsmith.com>
**Subject:** RE: Chagas - United's proposed ex parte

EXTERNAL E-MAIL - From maarons@aaronslawfirm.com

As I just mentioned to you, I need to get client approval for this and so will let you know our thoughts Monday before noon.

Martin I. Aarons | The Aarons Law Firm, APC
16000 Ventura Blvd. – Suite 850 | Encino, CA 91436
Tel: (818) 794-9250 | Fax: (818) 302-2072
Email: maarons@aaronslawfirm.com
Website: www.aaronslawfirm.com

This e-mail (including attachments) is confidential, privileged & exempt from disclosure and is intended solely for the use of the named recipient.  If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission.  The originator of this e-mail and its affiliates do not represent, warrant or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses or other defects.  Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege.  If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message.

**From:** Mashouf, Fatemeh S. <FMashouf@reedsmith.com>
**Sent:** Friday, February 28, 2020 11:58 AM
**To:** Martin Aarons <maarons@aaronslawfirm.com>
**Cc:** Gehrke, Michele Haydel <MGehrke@reedsmith.com>
**Subject:** Chagas - United's proposed ex parte

Martin,

1

As we discussed (and are discussing), this is the relief we would like to seek from the Court by way of the ex parte motion:

| Defendant's Non-Expert Discovery Cut-Off | May 4, 2020 |
|---|---|
| Initial Expert Disclosures | May 25, 2020 |
| Rebuttal Expert Disclosures | June 8, 2020 |
| Expert Discovery Cut-Off | June 15, 2020 |
| Last Day to file All Motions (including discovery motions) | June 15, 2020 |

Please let us know at your earliest ability whether this is agreeable.

**Fatemeh S. Mashouf**
*Associate*
+1 213 457 8179
fmashouf@reedsmith.com
ReedSmith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457 8000 Fax: +1 213 457 8080

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01