# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAGAS,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., and DOES 1 through 10, inclusive,<br><br>            Defendant. | Case. No.: 2:19-cv-03860<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**<br><br>[Filed Concurrently with Notice and Application; MPA; Declaration of Fatemeh Mashouf]<br><br>[ASSIGNED TO HONORABLE JOHN A. KRONSTADT]<br><br>Hearing: No hearing required<br>Complaint Filed: March 28, 2019<br>Discovery Cut Off: March 2, 2020<br>Pretrial Conference and Trial Date: TBD |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# [PROPOSED] ORDER

Based on a review of Defendant's *Ex Parte* Application for an Order Modifying the Scheduling Order, and for good cause shown, the Application is **GRANTED**.

The Scheduling Order is amended as follows:

| | |
|---|---|
| Defendant's Non-Expert Discovery Cut-Off | May 4, 2020 |
| Initial Expert Disclosures | May 25, 2020 |
| Rebuttal Expert Disclosures | June 8, 2020 |
| Expert Discovery Cut-Off | June 15, 2020 |
| Last Day to file All Motions (including discovery motions) | June 15, 2020 |

IT IS SO ORDERED

Dated: _____, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071.

On February 28, 2020, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN ORDER MODIFYING THE SCHEDULING ORDER**

| | |
|---|---|
| ☐ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. (See attached Service List) I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☑ | by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. |

Martin Isaac Aarons
Shannon Helene-Pagel Ward
AARONS LAW FIRM APC
16000 Ventura Blvd., Suite 850
Encino, CA 91436
Telephone: 818.794.9250
Facsimile: 818.302.2072
maarons@aaronslawfirm.com
shannon@aaronslawfirm.com

*Attorneys for Plaintiff*
*Allyson Chagas*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 28, 2020, at Los Angeles, California.

_____
Charlyn Jones