Martin I. Aarons, Esq (SNB 233879)
Email: maarsons@aaronslawfirm.com
Shannon H.P. Ward, Esq. (SBN 308280)
Email: shannon@aaronslawfirm.com
THE AARONS LAW FIRM
16000 Ventura Boulevard, Suite 850
Encino, California 91436
Telephone: (818) 794-9250
Facsimile: (818) 302-2072

*Attorneys for Plaintiff Allyson Chagas*

Michele Haydel Gehrke (215647)Email:
Mgehrke@reedsmith.com
Mona A. Razani (312234)
Email: Mrazani@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys for Defendant United Airlines, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAGAS,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED AIRLINES, Inc., et al.,<br><br>   Defendant. | Case. No.: 2:19-cv-03860-JAK-JC<br><br>**ORDER (1) CONTINUING DATE OF PLAINTIFF'S FURTHER DEPOSITION; (2) CONTINUING FURTHER STATUS CONFERENCE; AND (3) EXTENDING DEADLINE TO FILE STATUS REPORTS** |

//

//

Having review the parties' Stipulation to Continue the Date of Plaintiff's Further Deposition & Further Status Conference ("Stipulation") (Docket No. 89), the Court hereby approves the Stipulation Orders:

1. Plaintiff's deposition shall be taken on September 29, 2020.
2. The Telephonic Status Conference is continued from September 22, 2020 at 9:30 a.m. to **October 14, 2020 at 10:00 a.m.**
3. The parties' deadline to file status reports is extended from September 16, 2020 to **October 6, 2020**.

**IT IS SO ORDERED**

Dated:     September 8, 2020            _____/s/_____
                                        Honorable Jacqueline Chooljian
                                        United States Magistrate Judge