# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON CHAGAS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>　　　　Defendants. | No. 2:19-cv-03860-JAK (JCx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

On February 1, 2021, Defendant United Airlines, Inc. ("United") filed a Motion for Summary Judgment or in the Alternative, Partial Summary Judgment pursuant to Federal Rule of Civil Procedure 56, as to Plaintiff Allyson Chagas' ("Plaintiff's") First Amended Complaint, which alleged the following claims against United: (1) defamation; (2) wrongful termination in violation of public policy; and (3) violation of Labor Code section 1102.5. United further moved for partial summary judgment as to 21 separate issues.

On July 26, 2021, United's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion"), came on for hearing in the above-captioned court. The Parties were represented at the hearing by their respective counsel of record. The Motion was granted in its entirety on February 17, 2023.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT THIS FINAL JUDGMENT IS ENTERED AS FOLLOWS:**

1. There being no genuine issues of material fact and as a matter of law, final judgment is entered in favor of United and against Plaintiff;

2. United is the prevailing party in this action;

3. Plaintiff shall take nothing by way of his First Amended Complaint against United;

4. As the prevailing party, United is entitled to seek to recover costs to the extent allowed by applicable law and statute, including pursuant to Fed. R. Civ. P. 54(d), and in accordance with the Local Rules of this District; and

5. No later than 14 days after entry of this final judgment, United may file an application to the Clerk to tax such costs.

**IT IS SO ORDERED.**

Dated:  April 21, 2023

John A. Kronstadt
United States District Judge